**1382**

In the Matter of the Complaint of PACIF-IC FAR EAST LINE, INC., a corporation, For Exoneration From or Limitation of Liability as Owner of the AMERICAN FLAG STEAMSHIP GUAM BEAR, Plaintiff (three cases).

Appeal of HUMBLE OIL AND REFINING COMPANY.

Appeal of PACIFIC FAR EAST LINE, INC.

Appeal of AIR ENGINEERING CO. et al.

Nos. 26640, 26626.

United States Court of Appeals,
Ninth Circuit.

Feb. 5, 1973.

John Hays (argued), of Dorr, Cooper & Hays, San Francisco, Cal., Willard G. Gilson (argued), of Lillick, McHose, Wheat, Adams & Charles, San Francisco, Cal., for appellants.

John F. Meadows, Atty. (argued), Dept. of Justice, James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for appellee.

Before DUNIWAY and TRASK, Circuit Judges, and TALBOT SMITH, District Judge.*

PER CURIAM:

These appeals are from the judgment of the District Court in Admiralty case, In re Pacific Far East Line, Inc., N.D., Cal., 1970, 314 F.Supp. 1339. The sole issue on appeal is whether the court erred in holding that no negligence attributable to the United States was a proximate cause of the collision. The

District Court's findings on this issue are not clearly erroneous, nor are its legal conclusions in error.

Affirmed.

Jack G. FAVOR, Petitioner-Appellee,

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, Respondent-Appellant.

No. 72-2389.

United States Court of Appeals,
Fifth Circuit.

March 1, 1973.

William J. Guste, Jr., Atty. Gen., Walter L. Smith, Jr., Jack E. Yelverton, John W. Sinquefield, Baton Rogue, La., for respondent-appellant.

James B. Wells, Bossier City, La., for petitioner-appellee.

Before JOHN R. BROWN, Chief Judge, and WISDOM and AINSWORTH, Circuit Judges.

PER CURIAM:

On the authority of Anderson v. Beto, 5 Cir., 1972, 469 F.2d 1076, Dixon v. Beto, 5 Cir., 1973, 472 F.2d 598 [1973] the District Court's grant of Habeas Corpus, 348 F.Supp. 423, is reversed and the case remanded for appropriate hearing by the Federal District Court.

Reversed and remanded.

* Honorable Talbot Smith, United States District Judge, Eastern District of Michigan, sitting by designation.